UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Northern California Collection Service, Inc. , <br><br>  Plaintiff, <br><br> v. <br><br> EngagePoint, Inc., <br><br>  Defendant. | Case No.  2:15-cv-2235 KJM KJN <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

EngagePoint, Inc.

June 03, 2016                                                       MARIANNE MATHERLY, CLERK

                                                                                    By: /s/  L. Mena-Sanchez, Deputy

Clerk